# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF GUARDIANSHIP
OF THE PERSONS OF T.T.H. AND
T.A.H., MINOR WARDS.

No. 76432

HALLI S.; AND JOHNATHAN B. S.,
                    Appellants,
        vs.
HOLLI D.,
                    Respondent.

**FILED**

JAN 0 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY __S. Young__
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Lisa M. Brown, District Judge, Family Court Division
       Fine Carman Price
       McFarling Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-01324